**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MAHBUB RAHMAN, *et al.*,          :
                                  :
          Petitioners,            :
                                  :
     v.                           : Civil Action No. 08-1223 (JR)
                                  :
BARACK H. OBAMA, *et al.*,        :
                                  :
          Respondents.            :

**ORDER**

The petitioner in this case was transferred to Afghanistan more than a year ago.  It is not clear that this Court still has jurisdiction over his habeas petition.  That question, as it is presented in this and other Guantanamo Bay cases, is pending in a consolidated case before Judge Hogan (see 08mc0444).  Until the question is resolved, no further proceedings can be had in this case.  It is accordingly **ORDERED**, by the Court sua sponte, that further proceedings in this case are **stayed**.


                              JAMES ROBERTSON
                         United States District Judge